or pump at defendant's plant while he was engaged in his work.   The answer, after admitting the jurisdictional allegations and that plaintiff was injured, contains in substance a denial of the other allegations of the complaint and sets up the defenses of contributory negligence, negligence of persons for whose negligence defendant was not responsible and assumed risk.

*Nathan L. Miller* for appellant.

*Ray B. Smith* and *Carl E. Dorr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGH-LIN and CRANE, JJ.   Not voting: HISCOCK, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANDREA GRAFFEO, Appellant.

*People* v. *Graffeo*, 172 App. Div. 694, affirmed.
(Submitted March 22, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1916, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of endangering life by maliciously placing an explosive near a building.

*William S. Butler* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.